

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

James Cowan and Nancy Cowan,

\* From the 266th District Court
of Erath County,
Trial Court No. 34694

Vs. No. 11-20-00041-CV

\* January 6, 2022

Rex Worrell and Paige Worrell-Burrus,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against James Cowan and Nancy Cowan.